**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-7774**

DONNELL S. BYRD,

Plaintiff - Appellant,

versus

SHERIFF MCCABE; JOHN DOE, Doctor,

Defendants - Appellees,

and

NORFOLK CITY JAIL, Medical Department; MR.
LATNEY, Administrator of the Norfolk City Jail
Medical Staff,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge. (CA-97-758-AM)

Submitted: July 22, 1999          Decided: July 27, 1999

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donnell S. Byrd, Appellant Pro Se. Samuel Lawrence Dumville, Virginia Beach, Virginia; Deborah Sue Prince, HEILIG, MCKENRY, FRAIM & LOLLAR, Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donnell Byrd appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Byrd v. McCabe</u>, No. CA-97-758-AM (E.D. Va. Nov. 5, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is date stamped November 2, 1998, the district court's records show that it was entered on the docket sheet on November 5, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2